United States District Court

Northern District of Texas

Wichita Falls Division

# 7-22CV-044-0

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 3 2022
MAY - 6 2022
CLERK, U.S. DISTRICT COURT
By_____ 11:46 am
Deputy

I am currently an inmate at the James V. Allred Unit of the Texas Dept. of Criminal Justice - Institutional Division in Iowa Park, Wichita County Texas, and thereby fall under your jurisdiction according to District and Division designation.

I am contacting you with my concerns as I find myself in an undesirable situation stemming from an unfounded allegation that has led to fraudulent Disciplinary Proceedings that have violated both State and Federal criminal statutes as well as my Constitutionally Guaranteed / Protected rights from both the State of Texas and the United States Constitution.

I would attempt to utilize the Grievance Proceedure(s) available to me here but to do so would not only be futile but retaliation by those responsible for violating these laws as well as my rights would inevitably be imminent.

I contend that violations of the following have occurred in the process of fraudulent Disciplinary Proceedings against me:

Texas State Statute(s): § 7.23(a) - Criminal Responsibility of Person for conduct in behalf of Corp. or Assoc. ; § 37.03 - Aggravated Perjury ; § 37.10 - Tampering w/ Govt Record ; § 37.13 - Record of Fraudulent Court ; as well as Texas Const. Art. 1, § 13, 19.

Federal Criminal Statute(s): 18 USC § 241 - Conspiracy against rights ; 18 USC § 242 - Deprivation of rights under color of law ; as well as U.S. Const. Amend. V & XIV

As I have and am currently suffering harm by the deprivation of my liberty as a direct result of this/these issue(s) I wish to bring this matter before your Honorable Court for redress.

Attached please find my Affidavit of Fact along with ② included Exhibits.

PAGE 1 of 2

IT IS MY MOST SINCEREST WISH THAT THESE MATTERS BE PURSUED IN THE INTEREST OF JUSTICE AS WHAT HAS BEEN DONE TO ME IS UNACCEPTABLE IN ANY CIRCUMSTANCE. NO CITIZEN OF THE UNITED STATES, ITS STATES, OR ANY OF ITS DISTRICTS OR TERRITORYS SHOULD EVER BE SUBJECTED TO DEPRIVATION OF THEIR life, liberty, OR PROPERTY WITHOUT JUST CAUSE ESPECIALLY UNDER Color OF law.

Your ATTENTION TO THIS MATTER WOULD BE GREATLY APPRECIATED.

RESPECTFULLY SUBMITTED:

Juan MADRID   TDCJ # 2011521

C/O THE James V Allred UNIT OF TDCJ·ID

2101 FM 369 NORTH

Iowa PARK, TEXAS 76367

CC/ U.S. ATTY
/ FILE

PAGE 2 of 2

## AFFIDAVIT of FACT

On APRIL 18, 2022, I, JAVIN MADRID, TDCJ # 2011521, RECEIVED DISCIPLINARY CASE NUMBER 20220141997 ISSUED BY SGT. O. OWOH OF THE JAMES V ALLRED UNIT OF THE TEXAS DEPT. OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION; TO WHICH HE STATES IN HIS REPORT THAT ON THE SAME DATE I DID TAMPER WITH MY CELL DOOR BY HOLDING IT OPEN WITH MY HANDS AND THAT HE ORDERED ME TO REMOVE MY HANDS SO HE COULD SHUT THE DOOR BUT I REFUSED SUCH ORDER.

I CONTEND THAT THIS STATEMENT IS FAKE AS I WAS MERELY STANDING IN THE DOORWAY WHILE MY CELLMATE WAS PREPARING A CUP OF COFFEE AND INTENDED TO LEAVE THE CELL IMMEDIATELY THEREAFTER. I WAS ONLY STANDING THERE TO ENSURE THE DOOR WAS NOT CLOSED ON HIM AND DID NOT IN ANY WAY, SHAPE, OR FORM TOUCH OR PHYSICALLY STOP ANY MATERIAL OBJECT NOR DID I DISOBEY ANY DIRECT ORDER AS CAN BE VERIFIED BY MULTIPLE WITNESSES.

UPON SGT OWOH'S FILING OF THE INCIDENT REPORT CORRECTIONAL OFFICER COLE MADE INQUIRY OF IT WITH ME THAT SAME NIGHT TO WHICH I INFORMED HIM THAT I DIDN'T TAMPER WITH THE DOOR BECAUSE I WAS NEVER HOLDING IT OPEN.

On APRIL 26, 2022 I WAS SUMMONED TO THE ADMINISTRATIVE BUILDING BY AN OLDER WHITE WOMAN WHOM, ACCORDING TO MY PAPERWORK IS IDENTIFIED AS MS. RICHIE, AND SHE MADE FURTHER INQUIRY INTO THIS MATTER OF WHICH I SUGGESTED THAT SHE COULD REVIEW THE SECURITY CAMERAS FOR VERIFICATION OF WHAT I WAS SAYING HAPPENED TO WHICH SHE AGREED TO DO.

On APRIL 27, 2022 AT APPROXIMATELY 0800 HOURS I WAS ONCE AGAIN SUMMONED TO THE ADMINISTRATIVE BUILDING BUT TO ATTEND A HEARING WITH THE DISCIPLINARY COURT UNDER CAPTAIN MILLER.

CAPTAIN MILLER ASKED HOW I PLEADED, TO WHICH I STATED 'NOT GUILTY'.

AFTER DISCUSSING THE ISSUE AT BAR AND MY INQUIRY AS TO WHETHER THE SECURITY CAMERAS HAD BEEN REVIEWED I WAS TOLD THAT THE SECURITY CAMERAS DON'T WORK ANYWHERE ON THE BUILDING THAT I'M HOUSED IN AND THAT HE FOUND ME GUILTY BASED OFF OF HIS OFFICER'S REPORT.

Captain Miller didn't ask me to sign anything, nor did he give me a copy of any paper-work related to said hearing.

Later that same evening at mail call I received a copy of the Disciplinary Report and Hearing Results Notification that stated the Hearing was held at 1335 hours and that I had declined to attend.

The Punishment imposed is 45 days cell restriction and 45 days loss of recreation as well as a reduction in line class from S3 to S4.

✱ Note!  Documents attatched as Exhibits "A" and "B"


28 USC § 1746 - Unsworn Declaration under Penalty of Perjury

"I declare under Penalty of Perjury that the foregoing is true and correct
Executed on  May 3, 2022     .


_____  "
         Juan Madrid   TDCJ # 2011521

         c/o the James V Allred Unit of TDCJ-ID

         2101 FM 369 North

         Iowa Park, Texas 76367




cc / U.S. Atty
   / File

CASE: 20220141997 SEQNO:02011521 N.... ORTH, JUAN                    RA: 10.5
UNIT:JA;   HSNG: 3C31    55 T        JE .  ROCK SQUAD 04              IQ: 102
CLASS: (S)   CUST: G3   PRIMARY LANGUAGE: ENGLISH    JMHA RESTRICTIONS:  NONE
GRDE: MA / TSH  OFF.DATE: 04/18/22  08 :0 94  LOCATION: JA MISCELLANEOUS
TYPE: ID

OFFENSE DESCRIPTION
ON THE DATE AND TIME LISTED ABOVE, AND AT JA 3 BLDG C POD 55 CELL, INMATE:
MADRID, JUAN, TDCJ-ID NO. 02011521, DID TAMPER WITH 3 BLDG C POD 55 CELL DOOR BY
STANDING AND HAVING HIS HANDS HOLDING ON TO THE DOOR. FURTHERMORE WAS ORDERED BY
SERGEANT OWOH TO TAKE HIS HANDS OFF THE DOOR SO I CAN SHUT THE DOOR BUT SAID
INMATE FAILED TO OBEY THE ORDER.

CHARGING OFFICER: OWOH, O. SGT.                      SHIFT/CARD: 2 J
                              INMATE   NOTIFICATION   IF APPLICABLE INTERPRETER:
TIME/DATE NOTIFIED: 730AM  U 2622  BY: (PRINT)  _A. Riley_
YOU WILL APPEAR BEFORE  HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES  NO  IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
   INMATE NOTIFICATION SIGNATURE:                          DATE: 1 26 22
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
   INMATE WAIVER SIGNATURE:                                DATE: U 26 22
                         HEARING INFORMATION
HEARING DATE: 04 27 22 TIME: 1 35pm UNIT J A FOLDER  A  FILE 101  DSFILE 243757
COUNSEL SUBSTITUTE AT HEARING _S_ FOLDER  FILE   DSFILE
EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2) IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE)  3) _A Vaived Attending The Hearing_
_7) A/ Days off_

INMATE STATEMENT: _No Refut;) Foreman - V/a CS.O.H.N._

OFFENSE CODES:                18.2)     24.0
   INMATE PLEA: (G, NG, NONE) | NG | NG |   |   |   |
   FINDING: ( ) (G) NG, (B) 24) | G | 45 |   |   |   |
REDUCED TO MINOR (PRIOR TO DOCKET)  (DOCKET)  (HEARING)  BY: (INITIAL)
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A) ADMISSION OF GUILT, (B) OFFICER'S REPORT, C) WITNESS TESTIMONY, (D) OTHER.
EXPLAIN IN DETAIL: (4) 3)   (B) D) CS Case Investigation

                          PUNISHMENT
LOSS OF PRIV (DAYS) 45          REPRIMAND
   *RECREATION (DAYS) 45        EXTRA DUTY (HOURS)            REMAIN LINE 3
   *COMMISSARY (DAYS)           CONT.VISIT SUSP.THRU / 45     REDUC.CLASS FROM S3 TO S4
   *PROPERTY (DAYS)             CELL RESTR (DAYS)  45         GOOD TIME LOST (DAYS)
   * OTS (DAYS)                 SPECIAL CELL RESTR (DAYS)     DAMAGES/FORFEIT.S
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
   _Seriousness of Offense, Madrig Behavior_

CREDIT FOR PRE-HEARING DETENTION TIME? YES (DAYS)     NO / NA  5
DATE PLACED IN PRE-HEARING DETENTION: N/A   HEARING LENGTH: 5   (MINUTES)
   INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: _Declined to Read_
   _P MCe_
HEARING OFFICER (PRINT)    WARDEN              REVIEWER SIGNATURE
(FORM I-47MA) CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA

_EXHIBIT "A"_

TEXAS DEPARMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION

## DISCIPLINARY HEARING RESULTS NOTIFICATION

Offender _Madrid, Juan_                    Date _4-27-22_

TDCJ-ID No. _2011921_

From (De) _Capt. Miller_                    Subject: Disciplinary Hearing Record
Hearing Officer (Oficial de Audiencia)                    (Registro de Audiencia Disciplinaria)

_____ Unit (Unidad)

This is to inform you that a major/minor disciplinary hearing involving your case, report number _20220141109_ was held _4-27_, 20 _22_ at approximately _1:35_ am/pm. Your copy of the Disciplinary Report and Hearing Record is attached.

If you were found guilty, you have the right to appeal the decision of the hearing officer with respect to the determination of guilt and/or the punishment imposed within 15 days of this hearing. You may appeal the decision by filing an I-127 with the warden. If you are dissatisfied with the response, you may then file an I-128 at Step 2. If the hearing was a major disciplinary hearing, your counsel substitute will assist you in the appeals process if you need and request assistance. If you need assistance, send an I-60 request to your counsel substitute.

---

## NOTIFICACION DE RESULTADOS DE AUDIENCIA DISCIPLINARIA

Esto es para informarle que una audiencia disciplinaria mayor/menor involucrando su caso, número de reporte _____, se llevó a cabo el día _____, 20 _____ aproximadamente a las _____ am/pm. Su copia del Reporte Disciplinario y Reporte de Audiencia está adjunto.

Si usted fue encontrado culpable, usted tiene el derecho de apelar la decisión del oficial de audiencia en relación a la determinación de culpabilidad y/o el castigo impuesto dentro de los 15 días de ésta audiencia. Usted puede apelar la decisión entregando una forma I-127 al Guardián. Si usted no está satisfecho con la respuesta, usted puede entonces presentar una forma I-128 en el Paso 2. Si la audiencia fue una audiencia disciplinaria mayor, su consejero substituto le ayudará en el proceso de apelación si usted necesita y pide la ayuda. Si usted necesita ayuda, envíe una forma I-60 a su consejero substituto.

I-217 (Rev. 12/2016)

EXHIBIT "B"



JUAN MADRID TDCJ # 2011521
c/o THE JAMES V ALLRED UNIT OF TDCJ
2101 FM 369 North
Iowa Park Texas 76367

CERTIFIED MAIL

7021 2720 0000 7009 5978

UNITED STATES DISTRICT COURT
Northern District of TEXAS
Wichita Falls Division
c/o 501 West 10th St , Rm 310
Fort Worth TX 76102

RECEIVED
MAY - 6 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76102$5759 C024

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION