IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JUAN MADRID, TDCJ No. 2011521, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:22-cv-044-O |
| TDCJ, | § § | |
| Defendant. | § § | |

## ORDER DIRECTING ADMINISTRATIVE ACTION BY THE CLERK OF COURT

Before the Court is Plaintiff's correspondence in which he states that he did not intend to file a new lawsuit. *See* ECF No. 6. The Court construes Plaintiff's correspondence as a voluntary Notice of Dismissal. Pursuant to Rule 41(a)(1)(A)(i), Plaintiff is entitled voluntarily dismiss his case without a Court order provided that the opposing parties have not served an answer or a motion for summary judgment. The right to voluntarily dismiss an action before service of an answer or summary judgment motion is "absolute and unconditional" and may not be "extinguished or circumscribed by adversary or court." *International Driver Training Inc. v. J-BJRD Inc.*, 202 F. App'x 714, 715-16 (5th Cir. Oct. 16, 2006), quoting 8 James W. Moore et al., Moore's Federal Practice, § 41.33[2], at 41-48 (Matthew Bender 3d ed. 2006) and *Am. Cyanamid Co. v. McGhee*, 317 F. 2d 295, 297 (5th Cir. 1963). A notice of voluntary dismissal under this rule is "self-executing" and no further Court action is required. *Id.*

Defendant has not filed an answer or a motion for summary judgment. Therefore, Plaintiff is entitled to voluntarily dismiss the case without a Court order under Rule 41(a)(1)(A)(i). The **Clerk of Court** is hereby directed to administratively close this case pursuant to Plaintiff's Notice of Dismissal.[1]

**SO ORDERED** this **27th day** of **May, 2022.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that a filing fee has not been paid or otherwise assessed in this case.